**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| BRET JONES THEIS SR. and TERESA THEIS, individually and as Trustees of the JONES-THEIS FAMILY TRUST dtd August 17, 2005, and PAOLO ARRIGO,<br><br>Plaintiffs,<br><br>v.<br><br>ERNEST VARITIMOS, RACHEL VARITIMOS, UPLAND ASSET MANAGEMENT LLC,<br><br>Defendants. | Civil Action No.<br>0:20-cv-60220-JIC |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE THAT, on July 31, 2020, Defendants Ernest Varitimos and Rachel Varitimos filed petitions for relief under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of Massachusetts, as follows:

Rachel Varitimos 20-11612

Ernest Varitimos  20-11610

Dated:  July 31, 2020

ERNEST VARITIMOS, RACHEL VARITIMOS,

By their attorneys,

*/s/  David B. Madoff*
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street, Suite 202
Foxborough, MA  02035
(508) 543-0040
madoff@mandkllp.com
NOT ADMITTED IN FLORIDA