UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60220-CIV-COHN/STRAUSS

BRET JONES THEIS, SR.,
TERESA THEIS, and PAOLO ARRIGO

    Plaintiffs,

v.

ERNEST VARITIMOS,
RACHEL VARITIMOS, and
UPLAND ASSET MANAGEMENT, LLC,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' failure to comply with Judge Strauss' March 1, 2021 Order. DE 42 (the "Order"). As Judge Strauss detailed in the Order, the parties failed to file a Notice of Selection of Mediator by the original deadline of February 26, 2021 that was set forth in the Order Requiring Mediation. DE 41. Judge Strauss ordered the parties to file a Notice of Selection of Mediator by March 15, 2021 or risk "the imposition of sanctions and/or dismissal without prejudice without further notice." DE 42. The parties failed to comply with the Order. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' claims are hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with court orders.

2. The Clerk of Court is **DIRECTED** to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of March, 2021.

JAMES I. COHN
United States District Judge

Copies provided to:
counsel of record via CM/ECF
Pro se parties via U.S. mail to address on file